**Order entered April 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00074-CR

**RAYFORD HIGH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-57938-Y**

## ORDER

Appellant's March 30, 2015 motion to supplement the clerk's record is **GRANTED**.

We **ORDER** the Dallas County District Clerk to file, within **FOURTEEN DAYS** of the

date of this order, a supplemental clerk's record containing the trial court's docket sheet.


/s/     LANA MYERS
           JUSTICE